IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _FAIRBANKS_

DENNIS BATES

Plaintiff(s),

vs.

METROPOLITAN INS COMPANY

Defendant(s).

RECEIVED
JAN 28 2016
LAW - LITIGATION

CASE NO. _4FA-16-01266_ CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: _REGISTERED AGENT_ _John K Wilson_ _METROPOLITAN INS. COMPANY_

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address): _101 Lacey Street Fairbanks AK 99701_ within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:
Plaintiff's attorney or plaintiff (if unrepresented): _DENNIS BATES_
Address: _P.O. Box 61105_
_FAIRBANKS, ALASKA, 99706_

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _Kauvar_.

(SEAL)                              CLERK OF COURT

_1/19/16_                           By: _CHampton_
Date                                    Deputy Clerk

* The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (2/06)(st.3)                Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

Exhibit A
Page 1 of 1